92 F.3d 1172
 Richard C. by Kathy B., Mark Lunz, John C. Lunz, III, Wayne
Lunz, Eileen Lunz, Pennsylvania Protection and Advocacy,
Inc., Association for Retarded Citizens/Pennsylvania,
Association for Retarded Citizens/Allegheny, Larry Harris,
James Harris, Michael Caruso, Louise Lamonica, David Garris,
Theresa L. Scotti, Allegheny County, Western Center Board of
Trustees, Western Center Parents Group, Lee Nock, Cecelia Wrana
v.
Feather O. Houstoun, Secretary,
 NO. 95-3416
 United States Court of Appeals,
Third Circuit.
 July 19, 1996
 
 Appeal From: W.D.Pa., No. 89-02038,
 Standish, J.
 
 
 1
 AFFIRMED.